AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Kelvis Jermaine Coleman | )<br>)<br>)<br>) Case No: 2:18cr277-ECM<br>) USM No: 17576-002<br>) |
| Date of Original Judgment: 11/21/2019<br>Date of Previous Amended Judgment: 04/12/2024<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Riley Powell, IV<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   200   months **is reduced to**   156 months   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This sentence consists of 156 months on Count 1 and 156 months on Count 2 to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated   04/12/2024   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   07/12/2024                         /s/ Emily C. Marks
                                                      *Judge's signature*

Effective Date:  _____          Emily C. Marks, Chief United States District Judge
        *(if different from order date)*                 *Printed name and title*